IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE SIMPSON,<br><br>              Plaintiff,<br><br>       v.<br><br>ALAMEDA COUNTY SHERRIFF'S DEPARTMENT, et al.,<br><br>              Defendants. | Case No.: C 14-0156 JSC (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at the Alameda County Jail, filed this pro se civil rights complaint under 42 U.S.C. § 1983 against the Alameda County Sherriff's Department and its employees.[1]  In the complaint, Plaintiff indicated that his address was the Alameda County Jail ("Jail").  On February 4, 2014, the Court dismissed the complaint in part and ordered it served upon certain Defendants, and the Clerk mailed a copy of the order to Plaintiff at the Jail.  On February 21, 2014, the postal service returned the mail as undeliverable because

---

[1] Plaintiff consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. 4.)

Plaintiff was no longer located at the Jail.  There was also a notation on the envelope that Plaintiff is no longer in custody.  In addition, on May 8, 2014, the postal service returned a different order that had been mailed to Plaintiff at the Jail as undeliverable for the same reason -- Plaintiff is not located there and no longer in custody.

Local Rule 3.11 requires plaintiffs to notify the Court of any change in their address, and provides that the failure to do so within sixty days of a change of address will result in the dismissal of the action.  Plaintiff has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable.

Accordingly, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE